NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1057, -1116

TOKAI CORP., SCRIPTO-TOKAI, INC., and CALICO BRANDS, INC.,

Plaintiffs/Counterclaim Defendants-Appellants,

v.

EASTON ENTERPRISES, INC., a California Corporation (doing business as Easton Sales) and FLI, INC.,

Defendants-Cross Appellants,

and

FUN LINE INDUSTRIES, INC. and EASTON ENTERPRISES, INC., a Nevada Corporation,

Counterclaimants-Appellees.

Appeal from the United States District Court for the Central District of California in case no. 07-CV-0883, Judge Virginia A. Phillips.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

The cross appellants and appellees move for leave to supplement the record.

Tokai Corp. et al. oppose. The cross appellants and appellees reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

<u>APR 3 0 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  R. Joseph Trojan, Esq.
     Dariush G. Adli, Esq.
     Thomas T. Chan, Esq.

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 3 0 2010**

**JAN HORBALY**
**CLERK**

s20